PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> **Jamey Marcun Robinson** ) <br> ) <br> ) | **Docket No.: 0972 1:05CR00214-001** |

On 1/3/2006, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on August 30, 2013.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

**/s/ J. C. Hill** by LES

J. C. Hill
United States Probation Officer

Dated: October 12, 2016
Bakersfield, California
JCH:dk

/s/ Lonnie E. Stockton

**REVIEWED BY:** **LONNIE E. STOCKTON
Supervising U. S. Probation Officer**

**Re: Jamey Marcun Robinson**
   **Docket No: 0972 1:05CR00214-001**
   **Report and Order Terminating Supervised Release**
   **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jamey Marcun Robinson be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   October 12, 2016                                   _____
                                                                          SENIOR DISTRICT JUDGE

Rev. 06/2015
EARLY TERMINATION ~ ORDER (PROB35).DOTX